# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 538 |
| | : |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE MINOR COURT RULES COMMITTEE | : MAGISTERIAL RULES DOCKET<br>:<br>: |

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of January, 2024, Magisterial District Judge James R. Edgcomb is hereby designated as Chair, and Magisterial District Judge Beth Scagline-Mills is designated as Vice-Chair, of the Minor Court Rules Committee, commencing April 1, 2024.